IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CESAR SERGE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No. 4:20cv101-MW/MAF**

**UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall also close the file.

**SO ORDERED on April 22, 2020.**

                                              **s/Mark E. Walker              **
                                              **Chief United States District Judge**